No. 92–8166. BROWN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–8168. GILTNER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8169. TAORMINA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8171. RAMOS MORALES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–8172. MOYANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8173. AYRS *v.* GREENWALD. C. A. 9th Cir. Certiorari denied.

No. 92–8175. BELTON *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO. C. A. 9th Cir. Certiorari denied.

No. 92–8176. CROCKETT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8178. BEAUMONT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8179. PULLIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8180. PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8181. MCGRAW ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–8184. GRANDISON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8186. DISHMEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8192. MAYBERRY *v.* CLEMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–8193. MCCRAY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.